UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:17-cr-00094 |
| | ) | CHIEF JUDGE CRENSHAW |
| WILLIAM CHOL BIAR, | ) | |
| Defendant. | ) | |

## ORDER

The Federal Public Defender is ORDERED to appoint counsel to represent the defendant.

A modification hearing is scheduled for **May 24, 2018,** at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE